Paige EILAND, Petitioner,

v.

TURPIN, SMITH, DYER, SAXE & McDONALD, and Dick Saxe, Individually, Respondents.

No. 00–0485.

Supreme Court of Texas.

April 26, 2001.

A. Craig Eiland, Truett Bryan Akin, Jamison & Associates, Houston, for Petitioner.

James Mosley, Terry W. Rhoads, Cotton Bledsoe Tighe & Dawson, Midland, for Respondents.

PER CURIAM.

The issue in this legal-malpractice case is whether the rule we announced in *Hughes v. Mahaney & Higgins*, 821 S.W.2d 154 (Tex.1991), tolled the statute of limitations on the plaintiff's claims. The court of appeals, with one justice dissenting, held that it did not, and affirmed a summary judgment for the defendant on limitations grounds. 16 S.W.3d 461.

In light of our recent decisions in *Apex Towing Co. v. Tolin*, 41 S.W.3d 118 (Tex. 2001), and *Underkofler v. Vanasek*, —— S.W.3d —— (Tex.2001), without hearing oral argument, we grant the petition for review without reference to the merits, vacate the court of appeals' judgment, and remand this case to that court for recon-

sideration and for other proceedings. *See* Tᴇx.R.Aᴘᴘ. P . 59.1, 60.2(f).

Justice BAKER did not participate in this decision.